1

2

3

4

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

6

7    DARREN C. SHORE,

                              Plaintiff,          NO:  4:15-cv-05044-LRS

8         v.

                                                  ORDER DENYING SECOND
9    BERNIE WARNER, WASHINGTON                    MOTION FOR EXTENSION OF TIME
     STATE DEPARTMENT OF                          AND ADOPTING REPORT AND
10   CORRECTIONS, G. STEVEN                        RECOMMENDATION
     HAMMOND, JAMES EDWARDS,
11   DALE FETROE, KENNETH
     LAUREN, DIEGO LOPEZ DE
12   CASTILLA, FRANK LONGANO,
     DAVID KENNEY, F. JOHN SMITH,
13   KENNETH SAWYER, JOSEPH
     LOPIN, BEVERLY SHAPIRO,
14   KENNETH E. MOORE, and JOHN
     AND JANE DOES 1-15,

15                            Defendants.

16         BEFORE THE COURT is Plaintiff's second Motion for Extension of Time to

17   File Objections, which is noted for hearing without oral argument on September 11,

18   2015, ECF No. 19.  Plaintiff, a prisoner at the Washington State Penitentiary, is

19   proceeding *pro se* and *in forma pauperis*.  Although the Court has not directed service

20   of the complaint, Attorney Jason D. Brown has entered a notice of appearance on

behalf of named Defendants, ECF No. 12.   Plaintiff's Motion was considered without oral argument on the date signed below.

On July 21, 2015, Magistrate Judge James P. Hutton recommended that Plaintiff's Motion for a Preliminary Injunction be denied because Plaintiff had not filed a legally sufficient complaint.   The recommendation was made with leave to refile the Motion once Plaintiff **has** filed a legally sufficient complaint.   The Court previously granted Plaintiff an extension of time until August 12, 2015, to file his Objections, ECF No. 18.   Rather than file Objections, Mr. Shore now seeks an additional thirty (30) days to do so.

The decision to grant an extension of time is discretionary with the Court. Fed. R. Civ. P. 6(b).   The Court finds that any further extension of the deadline to file Objections is not necessary.   There is no conceivable basis for any objection.   Plaintiff has not yet filed a legally sufficient complaint, and therefore, the Court has no basis on which to grant his pending Motion.

Plaintiff may file a First Amended Complaint on or before September 18, 2105, and thereafter file a new Motion for Preliminary Injunction. Therefore, **IT IS ORDERED** that Plaintiffs Motion for Extension of Time to File Objections, ECF No. 19, is **DENIED**.

///

///

ORDER DENYING SECOND MOTION FOR EXTENSION OF TIME AND ADOPTING REPORT AND RECOMMENDATION -- 2

For these same reasons, **IT IS FURTHER ORDERED** that the Report and Recommendation, ECF No. 16, is **ADOPTED in its entirety** and the Motion for Preliminary Injunction, ECF No. 5, is **DENIED** with leave to renew after Plaintiff has filed a legally sufficient complaint.   Should Plaintiff find that he requires additional time to file a First Amended Complaint, he should timely file a Motion prior to September 18, 2015.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and notify Plaintiff and Counsel for Defendants electronically in the ordinary course of business.  The District Court Executive is further directed to terminate the motion hearing set for September 11, 2015.

**DATED** this   25th   day of August 2015.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

ORDER DENYING SECOND MOTION FOR EXTENSION OF TIME AND
ADOPTING REPORT AND RECOMMENDATION -- 3