# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DARREN C. SHORE<br><br>*Plaintiff*<br>v.<br>BERNIE WARNER, et al<br><br>*Defendant* | )<br>)<br>)  Civil Action No.  4:15-CV-05044-LRS<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____.

☑ **other:**



This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Suko  on a motion for
Voluntarily Dismiss is GRANTED, and the Complaint is DISMISSED WITHOUT PREJUDICE.


Date:  October 20, 2015                                   *CLERK OF COURT*

                                                          SEAN F. McAVOY

                                                          s/ Cheryl Cambensy
                                                              *(By) Deputy Clerk*
                                                          Cheryl Cambensy